IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

DAVID CHALMERS,

    Plaintiff,

v.                                      Civil Docket No. 2:04CV2694 D/P

DAVIN CLEMONS, individually and
in his capacity as a police officer for the
City of Memphis, Tennessee, and THE
CITY OF MEMPHIS, TENNESSEE,

    Defendants.

---

APPLICATION, ORDER AND WRIT FOR HABEAS CORPUS AD TESTICANDUM

---

COMES NOW Plaintiff, David Chalmers, by and through counsel, and applies to the Court for a Writ to have: <u>Inmate Name: Jonathan Hardaway, DOB: 01/10/1982, RNI: 291163; BOOKING NOS. 03132802 and 05128801</u>, now being detained in the Shelby County Jail, appear <u>Monday, November 28, 2005, at 9:00 a.m.</u> before the Honorable Bernice Donald for jury trial and for such other appearances as this Court may direct.

Respectfully submitted this 22nd day of November, 2005.

THE COCHRAN FIRM – MEMPHIS

_____
DAVID A. McLAUGHLIN (#19561)
Attorney for Plaintiff
One Commerce Square, Suite 2600
Memphis, Tennessee 38103
(901)523-1222 - telephone
(901)523-1999 - facsimile

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN, Sheriff/Warden, Shelby County Jail.

YOU ARE HEREBY COMMANDED to have <u>Inmate Name: Jonathan Hardaway, DOB: 01/10/1982, RNI: 291163; BOOKING NOS. 03132802 and 05128801</u>, appear at the places, dates, and times aforementioned.

ENTERED this 22nd day of November, 2005.

*Diane K. Vescovo*
HONORABLE DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

      I, David A. McLaughlin, do hereby certify that I have served a true and exact copy of the foregoing document via fax and U.S. Mail, postage prepaid, upon:

Henry L. Klein
Attorney for Defendant, City of Memphis
Senior Assistant City Attorney
125 North Main Street, Room 336
Memphis, Tennessee 38103

Deborah Godwin
Attorney for Defendant, Davin Clemons
Godwin, Morris, Laurenzi & Bloomfield, P.C.
50 North Front Street, Suite 800
P.O. Box 3290
Memphis, Tennessee 38173-0290

on this 22nd day of November 2005.

_____
DAVID A. McLAUGHLIN

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CV-02694 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Jock M. Smith
COCHRAN CHERRY GIVENS & SMITH
P.O. Box 830419
306 North Main Street
Tuskegee, AL 36083

Betsy McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT