IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

DAVID CHALMERS,

    Plaintiff,

v.                                                   Civil Docket No. 2:04CV2694 D/P

DAVIN CLEMONS, individually and
in his capacity as a police officer for the
City of Memphis, Tennessee, and THE
CITY OF MEMPHIS, TENNESSEE,

    Defendants.

## ORDER DENYING DEFENDANT'S MOTIONS IN LIMINE TO EXCLUDE TESTIMONY OF JONATHAN HARDAWAY AND THE INTERNAL AFFAIRS BUREAU'S INVESTIGATIVE FILE

This matter came to be heard upon the Motions in Limine filed by the Defendant, Davin Clemons, to exclude the testimony and statements of Jonathan Hardaway and the Internal Affairs Investigative File. Upon consideration of the Motion and the Plaintiff's Response, the briefs, and the entire record in this cause, the Court is of the opinion that the Motions in Limine should be denied. It is, therefore,

ORDERED, ADJUDGED, AND DECREED that the Defendant's Motions in Limine to exclude the testimony of Jonathan Hardaway and the Internal Affair Bureau's investigative file are denied in accordance with the Court's ruling in open court.

DATED this 28 day of November, 2005.

_____
HONORABLE BERNICE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/1/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CV-02694 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Jock M. Smith
COCHRAN CHERRY GIVENS & SMITH
P.O. Box 830419
306 North Main Street
Tuskegee, AL 36083

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Betsy McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT