UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 DEC -5 PM 5: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**DAVID CHALMERS**                                **JUDGMENT IN A CIVIL CASE**

v.

**DAVIN CLEMONS, individually and**               **CASE NO: 04-2694-D**
**in his capacity as a police officer**
**for the City of Memphis, Tennessee,**
**and THE CITY OF MEMPHIS, TENNESSEE**

---

**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS SO ORDERED AND ADJUDGED** in accordance with the jury verdict rendered on November 30, 2005, judgment is hereby entered in favor of the defendants, Davin Clemons, individually and in his capacity as a police officer for the City of Memphis, Tennessee, and The City Of Memphis, Tennessee, and against the plaintiff, David Chalmers, thereby dismissing this cause.

**APPROVED:**

_____
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

12-2-2005
Date

THOMAS M. GOULD
_____
Clerk of Court

(By) _____ Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/5/05

(56)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:04-CV-02694 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Jock M. Smith
COCHRAN CHERRY GIVENS & SMITH
P.O. Box 830419
306 North Main Street
Tuskegee, AL 36083

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Betsy McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT